UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Photon Interactive Services, Inc., and PHTN.ai, Nevada corporations<br><br>Plaintiffs,<br><br>v.<br><br>Mr. KAL RAMAN, an individual and RESULTFLOW, INC. a Washington corporation<br><br>Defendants. | Case No. 26-3049<br><br>COMPLAINT<br><br>JURY DEMAND |

## **COMPLAINT**

## I. NATURE OF THE ACTION



Practus LLP
11300 Tomahawk
Creek Pkwy, Ste. 310
Leawood, KS 66211
Ph. (240) 206-60627
Fax. (626)-466-9014

1. This is a complaint for breach of contract, theft of trade secrets, and unjust enrichment. In 2024, Mr. Kal Raman ("Mr. Raman") was hired by Photon Interactive Services, Inc. ("Photon") as a trusted advisor to attract valuable strategic partners, and then later promoted him to Chief Executive Officer into to help scale the PHTN.ai sister company and service, to grow and develop that service into a thriving business, to direct development of the product, as well as secure valuable sales contracts via his purported network. (See, https://phtn.ai/).
2. Mr. Raman was terminated from Photon in August 2025 and then launched co-defendant ResultfFlow, Inc. d/b/a/ "ResultFlow.ai" ("ResultFlow") in September 2025.
3. Raman co-founded ResultFlow.ai (https://resultflow.ai/) to compete with PHTN.ai. On information and believe, Mr. Raman utilized confidential business information, trade secrets, and other know-how from Photon to help launch his competing company.

## II. Parties

4. Photon Interactive Services, Inc. is a leading computer software engineering and digital infrastructure company, working with over 40% of Fortune 100 companies, as well as household brands including but not limited to Key Bank, Toyota, GSK, Samsung, Wells Fargo , Bloomberg, Walgreens, L'Oreal, and other leading brands. Photon has multiple offices, and they are based in Dallas, Texas.
5. PHTN.ai ("PHTN") is a wholly-owned subsidiary of the Photon Group, making it a sister company to Photon Interactive Services, Inc. PHTN is based in Dallas, Texas and is the principal developer of the PHTN.ai software program. Together they will be referred to as "Plaintiffs."


Practus LLP
11300 Tomahawk
Creek Pkwy, Ste. 310
Leawood, KS 66211
Ph. (240) 206-60627
Fax. (626)-466-9014

6. On information and belief, Mr. Raman is an individual residing in Washington State and in this judicial district. Mr. Raman is the co-founder and CEO of co-defendant ResultFlow.
7. On information and belief, ResultFlow, Inc. is incorporated in Delaware with its principal place of business in Seattle, Washington.

## III. JURISDICTION

8. Subject Matter Jurisdiction is proper under 28 U.S.C. § 1331 due to claims arising under 18 U.S.C. § 1836 *et seq.*
9. This court has diversity jurisdiction under 28 U.S.C. § 1332 in that the matter in controversy exceeds the sum or value of $75,000 exclusive of interests and costs and is between citizens of different states in that Photon and PHTN have offices outside Washington State and are incorporated outside Washington State; and both defendants reside within Washington State with ResultFlow being incorporated in Delaware.
10. Venue is proper under 28 U.S.C. § 1391(b), because Defendant resides in this judicial district, and a substantial part of the events giving rise to the claim occurred in this judicial district.
11. Personal Jurisdiction is proper because a substantial amount of activity took place in Washington in this judicial district. Also, defendant ResultFlow regularly conducts business in this judicial district and maintains a principal place of business in Washington State. Defendant Mr. Raman also resides in this judicial district.

## IV. THE 2024 AND 2025 AGREEMENTS

12. On or about August 13, 2024, Mr. Raman contracted with Photon to provide advisory services part-time under a one-year term " to bolster [its] relationships at the C-Level with the key hyperscaler platforms namely Microsoft, Amazon and Google especially given their dominant presence in the enterprise and alignment to the industry and [Photon's] pivot into becoming an Generative Artificial Intelligence based company." (See, 2024 Advisory Agreement attached as Exhibit A ("Agreement")). Mr. Raman's official title was "Head of Strategic Business Development Office, Advisor to the CEO." (Id.)

13. In other words, Mr. Raman was hired to make connections for Photon's business to help it succeed in a new high growth area around performing services to aid in the deployment of the new AI tools coming onto the market.

14. As part of the Agreement, Mr. Raman was obligated to keep confidential certain Photon trade secrets and proprietary information. (See id. at Section. 6).

15. Excerpts of Section 6 of the Agreement read as follows (emphasis added below):

> Advisor acknowledges that during the course of performing this Agreement, he shall have access to PHOTON's trade secrets and confidential information. **Advisor agrees that all such information shall be used only to accomplish the project and fulfill its obligations under this Agreement, and for no other purpose.** Advisor agrees that he shall in no manner reveal or disseminate such information to any third party. **Advisor understands that such trade secrets and confidential information shall include all past, present and/or future plans, provisions, designs, forms, formats, procedures, methods and other information relating to PHOTON's technology, technical data, products, patents, copyrights, research and development programs, legal and marketing data and other technical and business information.** Confidential information and trade secrets do not include: (i) information already known to Advisor on the date of this Agreement and was obtained without any breach of confidentiality of other parties; (ii) information which is



Practus LLP
11300 Tomahawk
Creek Pkwy, Ste. 310
Leawood, KS 66211
Ph. (240) 206-60627
Fax. (626)-466-9014

> or becomes part of the public domain through no fault of Advisor; and (iii) information which is known or able to be ascertained by a non-party of ordinary skill in computer design and programming.
>
> […]
>
> **Upon termination of this Agreement, or upon request of PHOTON, Advisor shall return to PHOTON all records, notes, data, memoranda, models, and equipment of any nature that are in Advisor's control and that are PHOTON's property or relate to PHOTON's business**.

16. In early 2025, Photon's founders conceptualized a new AI product that would provide a platform for managing a new breed of tools known as AI agents, and then to use those agents in tandem to develop far more powerful "Super Agents." Photon Group, the owner of Photon, would later create a separate company, PHTN, to commercialize this suite of AI products, and choose Mr. Raman to help run it.

17. According to one leading provider, "AI agents" are software systems that use AI to pursue goals and complete tasks on behalf of users. They show reasoning, planning, and memory and have a level of autonomy to make decisions, learn, and adapt. (*See, e.g.,* https://cloud.google.com/discover/what-are-ai-agents last accessed June 15, 2026). Unlike most AI "assistants," like Apple's Siri, AI agents act ***pro***actively rather than ***re***actively – enabling businesses to set up powerful automated processes that can "learn" from contextually relevant information. (*Id.*)

18. In order to enable them to remain focused on Photon's core services business, Photon's co-founders turned to their trusted advisor, Mr. Raman, and asked if he would be willing to lead a new subsidiary, PHTN, focused on the development of the product they had conceptualized.


Practus LLP
11300 Tomahawk
Creek Pkwy, Ste. 310
Leawood, KS 66211
Ph. (240) 206-60627
Fax. (626)-466-9014

19. Photon and Mr. Raman agreed to the outline of an amended contract and appointed him to a full-time position of CEO of PHTN around March 2025. (See 2025 Contract Amendment Discussions attached as Exhibit B).

20. From March through August of 2025, Mr. Raman took on the role of PHTN's CEO and was responsible for its operations, including hiring a team to build the product, creating sales and marketing plans for it, participating in early sales calls with potential customers, and providing direction to the team on how the product that was to be developed.

21. Near the conclusion of this term in August 2025, Mr. Raman secured none of the strategic partners he promised he could, and his efforts to scale PHTN were failures. Given those failures, Mr. Raman was terminated as CEO of PHTN.

22. At least by September 2025, on information and belief, Mr. Raman co-founded co-defendant ResultFlow.ai.

## V. MR. RAMAN HAD ACCESS TO NON-PUBLIC AND PROPRIETARY INFORMATION OWNED BY PHOTON

23. Mr. Raman had access to several sources of Photon's Trade Secrets including but not limited to:

   a. Regular meetings with the team developing the product;
   b. A Presentation created by Mr. Mukund Balasubramanian that outlines the goals and business opportunities for PHTN;
   c. Sales Spreadsheet for PHTN;
   d. Overall plans for sales and marketing of the PHTN product;
   e. Multiple conversations with Photon engineers discussing implementation of agentic AI architecture; and



Practus LLP
11300 Tomahawk
Creek Pkwy, Ste. 310
Leawood, KS 66211
Ph. (240) 206-60627
Fax. (626)-466-9014

f. A so-called "Shopping Assistant Super-Agent" developed with PHTN and Photon engineers around July 2025. Excerpts showing the high-level architecture of this plan are included below:




24. According to an August 9, 2025 email from Mr. Raman, the PHTN.ai software "serves as a smart orchestration layer that seamlessly integrates your data, multiple Large Language Models (LLMs), hyperscalers and business applications. It enables enterprises to deploy 'Super Agents'—intelligent systems capable of building, managing, and orchestrating


Practus LLP
11300 Tomahawk
Creek Pkwy, Ste. 310
Leawood, KS 66211
Ph. (240) 206-60627
Fax. (626)-466-9014

other agents, tools, and models to solve complex, end-to-end workflows at scale." He continued, "What sets PHTN.ai apart is its focus on being domain-specific and enterprise context-aware. The platform is designed to move beyond isolated pilots and truly make Agentic AI usable and scalable in production environments."

25. PHTN also similarly describes the PHTN.ai tool as having three primary components: (1) an agent management layer to "securely govern, monitor, and scale AI agents," (2) an agent creation studio "to build powerful super agents directly from a job description," and (3) an agent marketplace where users can lease "specialized 'Sub Agents' and powerful 'Super Agents'…to leverage the right AI to understand and accomplish any task." (See https://phtn.ai/).

26. By way of comparison, ResultFlow.ai likewise implements an agentic AI system to increase customer conversions within any industry. According to its website, ResultFlow can also "[c]atalog 50+ signals that impact DTC conversion from traffic source to behavioral patterns … identif[y] the user persona and their intent to purchase … generat[e] personalized content and experiences for the persona and deplo[y] them dynamically…[and]…audits and measures the performance of the personalizations continuously and improves the conversion." (See https://resultflow.ai/).

27. ResultFlow enables a subscriber to "Create domain-aware AI agents tailored for real retail workflows." It is "[d]esigned to handle real operations and deliver dependable results—without constant oversight." Critically, other features include the ability to "[s]ynchronize multiple agents into a single intelligence layer," and "[u]nlock deep visibility across every retail action with analytics." On information and belief, this "single



Practus LLP
11300 Tomahawk
Creek Pkwy, Ste. 310
Leawood, KS 66211
Ph. (240) 206-60627
Fax. (626)-466-9014

intelligence layer" appears to be the most similar to the agents Photon hired Mr. Raman to help develop for PHTN.

28. On information and belief, ResultFlow's agent scoped for marketing purposes is highly similar to PHTN.ai's "Shopping Assistant Super-Agent" discussed above.

29. Both PHTN and ResultFlow provide industry-agnostic agentic AI software products and services. Assuming *arguendo* that ResultFlow is exclusively focused on building AI agents for marketing purposes, it still competes with PHTN because PHTN.ai also developed AI agents to act as an "orchestration layer" – i.e. AI agents that coordinate across different business systems.

30. Therefore, on information and belief, Mr. Raman and ResultFlow are applying nonpublic and valuable insights learned from Mr. Raman working with the PHTN team to launch a company that is poised to eat into PHTN's market share for agentic AI services.

31. To put another way, ResultFlow.ai can perform a subset of tasks that PHTN.ai can also perform.

32. Because both ResultFlow and PHTN provide AI agents to act as orchestration layers to coordinate business operations, they are competitors. Thus, to avoid irreparable loss of Photon's potential market share and damage to Photon's reputation as a leading provider of business software, ResultFlow must be enjoined from utilizing information that Mr. Raman took from Photon and PTHN.

33. On information and belief, as a result of Raman's actions, both he and ResultFlow have been unjustly enriched. On information and belief, ResultFlow has used and will continue to use Photon CBI and insider knowledge to gain an unfair advantage in the AI-based business operations software platform wars.


Practus LLP
11300 Tomahawk
Creek Pkwy, Ste. 310
Leawood, KS 66211
Ph. (240) 206-60627
Fax. (626)-466-9014

34. Due to the high cost of switching between platforms, the software providers who are able to get contracts with businesses first have an advantage over later entrants. Therefore, Photon's market share in providing enterprise-ready AI agents is at risk of being unfairly pillaged by ResultFlow and Mr. Raman.

## VI. COUNTS

### Count I: Common Law Breach of Contract by Kal Raman

35. The above paragraphs are hereby incorporated by reference as if fully set forth below.

36. Mr. Raman entered a written contract in 2024 that was amended in 2025 ("the Agreement").

37. Among those terms in the contract included a confidentiality provision that obligated Mr. Raman to only use Plaintiffs' trade secrets and confidential information exclusively for the benefit of Plaintiffs.

38. Plaintiffs at all relevant times complied with the Agreement and did not cause any material breach.

39. The 2024 agreement obligated Mr. Raman to keep certain Photon and PHTN trade secrets and proprietary information confidential.

40. After his termination around August 2025, Mr. Raman co-founded ResultFlow in or about September 2025 and, on information and belief, utilized Plaintiffs' confidential business information, trade secrets, and know-how to help launch and operate a competing company.

41. Plaintiffs' PHTN.ai architecture, plans, sales information, and agentic AI implementation details to which Mr. Raman had access—such as presentations outlining PHTN.ai goals and opportunities, sales spreadsheets, engineering discussions, and the "Shopping



Practus LLP
11300 Tomahawk
Creek Pkwy, Ste. 310
Leawood, KS 66211
Ph. (240) 206-60627
Fax. (626)-466-9014

Assistant Super-Agent" plan—were used, on information and belief, in breach of his confidentiality obligations.

42. As a direct and proximate result of Mr. Raman's breach, Plaintiffs face loss of market share, harm to their reputation, unfair competitive harm, and resulting damages exceeding $75,000, with ongoing and irreparable injury absent relief.

43. Plaintiffs seek compensatory damages, restitutionary relief as permitted, injunctive relief to prevent further use or disclosure of their confidential information, pre- and post-judgment interest, costs, and such other relief as the Court deems just and proper.

**Count II: Theft of Trade Secrets by Kal Raman, 18 U.S.C. § 1836**

44. The above paragraphs are hereby incorporated by reference as if fully set forth below.

45. Plaintiffs possess non-public information relating to PHTN.ai, including presentations outlining goals and business opportunities, sales spreadsheets, engineering discussions concerning agentic AI architecture, and the "Shopping Assistant Super-Agent" architecture.

46. PHTN.ai comprises an agent management layer, an agent creation studio, and an agent marketplace, all designed to securely govern, build, scale, and commercialize AI agents and "Super Agents."

47. This information derives independent economic value from not being generally known, as it concerns enterprise-ready agentic AI capabilities and orchestration that provide competitive advantages in securing first-mover customer relationships in markets with high switching costs.



Practus LLP
11300 Tomahawk
Creek Pkwy, Ste. 310
Leawood, KS 66211
Ph. (240) 206-60627
Fax. (626)-466-9014

48. Plaintiffs took reasonable measures to maintain the secrecy of this information by, among other measures, imposing confidentiality obligations on Mr. Raman in the 2024 Agreement.

49. After his termination around August 2025, Mr. Raman co-founded ResultFlow in or about September 2025 and, on information and belief, used Plaintiffs' confidential business information and trade secrets to help launch and operate ResultFlow in competition with Plaintiffs.

50. ResultFlow's described capabilities—including synchronizing multiple agents into a single intelligence layer and domain-aware AI agents for retail workflows—are, on information and belief, substantially similar to PHTN.ai's "Super Agents" and orchestration capabilities to which Mr. Raman had access, indicating use and/or disclosure arising from improper means and breach of a duty to maintain secrecy.

51. Plaintiffs work with Fortune 100 companies and major national and international brands, maintains multiple offices including in New York, and PHTN.ai is offered for enterprise use, thereby affecting interstate and foreign commerce within the meaning of the DTSA.

52. ResultFlow operates from Washington while competing in markets for AI-enabled business operations and marketing capabilities that reach customers across state lines.

53. As a direct and proximate result of Mr. Raman's misappropriation, Plaintiffs have suffered and will continue to suffer damages including loss of market share and competitive harm and faces irreparable injury absent injunctive relief.

54. Prayer for Relief on Count II: Plaintiffs seek injunctive relief under the DTSA to prevent actual and threatened misappropriation, compensatory and exemplary damages as



Practus LLP
11300 Tomahawk
Creek Pkwy, Ste. 310
Leawood, KS 66211
Ph. (240) 206-60627
Fax. (626)-466-9014

permitted, attorneys' fees where authorized, pre- and post-judgment interest, costs, and such other relief as the Court deems just and proper.

**Count III: Theft of Trade Secrets by ResultFlow, 18 U.S.C. § 1836**

55. The above paragraphs are hereby incorporated by reference as if fully set forth below.

56. Plaintiffs' non-public PHTN.ai information—including presentations, sales spreadsheets, engineering discussions, and the "Shopping Assistant Super-Agent" architecture—constitutes trade secrets that derive independent economic value from not being generally known and were subject to reasonable measures to maintain secrecy, including contractual confidentiality obligations accepted by Mr. Raman.

57. On information and belief, ResultFlow has used and continues to use Plaintiffs' confidential business information and trade secrets obtained through Mr. Raman to develop and offer agentic AI capabilities similar to PHTN.ai's orchestration and "Super Agent" functionality. ResultFlow's public descriptions of its platform—including synchronizing multiple agents into a "single intelligence layer," cataloging conversion signals, identifying user personas and intent, and dynamically deploying personalization—are, on information and belief, substantially similar to PHTN.ai's capabilities and the "Shopping Assistant Super-Agent," indicating use of Plaintiffs' trade secrets with knowledge or reason to know they were acquired by improper means or in breach of a duty.

58. ResultFlow is based in Washington and competes in interstate markets for AI-enabled enterprise solutions, while Photon serves Fortune 100 companies and other national brands and maintains offices including in New York, such that the alleged misappropriation affects interstate and foreign commerce.


Practus LLP
11300 Tomahawk
Creek Pkwy, Ste. 310
Leawood, KS 66211
Ph. (240) 206-60627
Fax. (626)-466-9014

59. Plaintiffs have suffered and will suffer damages, including loss of market share and competitive harm, and faces irreparable injury absent injunctive relief against ResultFlow's continued use and disclosure of Photon's trade secrets.

60. Plaintiffs seek injunctive relief under the DTSA against ResultFlow to prevent actual and threatened misappropriation, compensatory and exemplary damages as permitted, attorneys' fees where authorized, pre- and post-judgment interest, costs, and such other relief as the Court deems just and proper.

**Count IV: Common Law Unjust Enrichment by Kal Raman**

61. The above paragraphs are hereby incorporated by reference as if fully set forth below.

62. Plaintiffs conferred substantial benefits on Mr. Raman by appointing him to the roles described in the 2024 agreement and 2025 amendment, and by granting him access to Photon's confidential and proprietary information to enable performance of his duties.

63. Mr. Raman knew of and accepted these benefits, including access to Plaintiffs' confidential information and trade secrets, while serving as Head of Strategic Business Development and later Head of AI Solutions.

64. Following his termination around August 2025, Mr. Raman co-founded ResultFlow in or about September 2025 and, on information and belief, used Plaintiff's confidential business information and trade secrets to assist a competing enterprise, resulting in unjust retention of benefits to Plaintiffs' detriment.

65. Plaintiffs have suffered and will continue to suffer harm including loss of market share and competitive advantage due to Mr. Raman's unjust enrichment.


Practus LLP
11300 Tomahawk
Creek Pkwy, Ste. 310
Leawood, KS 66211
Ph. (240) 206-60627
Fax. (626)-466-9014

66. Plaintiffs seek restitution, disgorgement of unjust gains, injunctive relief to prevent further unjust enrichment, pre- and post-judgment interest, costs, and such other relief as the Court deems just and proper.

**Count V: Common Law Unjust Enrichment by ResultFlow**

67. The above paragraphs are hereby incorporated by reference as if fully set forth below.
68. On information and belief, ResultFlow benefited from the use of Plaintiffs' confidential business information and trade secrets to develop and offer agentic AI capabilities in competition with Plaintiffs.
69. ResultFlow, through its co-founder and CEO Mr. Raman, knew or had reason to know that the information was confidential and obtained in breach of duties owed to Plaintiffs.
70. It would be inequitable for ResultFlow to retain the benefits derived from Plaintiffs' confidential information and trade secrets without compensating Plaintiffs.
71. Plaintiffs have suffered and will continue to suffer competitive harm and loss of market share as a result of ResultFlow's unjust enrichment.
72. Plaintiffs seek restitution, disgorgement of unjust gains, injunctive relief to prevent further unjust enrichment, pre- and post-judgment interest, costs, and such other relief as the Court deems just and proper.

**Count VI: Common Law Unfair Competition by ResultFlow**

73. The above paragraphs are hereby incorporated by reference as if fully set forth below.
74. On information and belief, ResultFlow engaged in unfair competition by utilizing Plaintiffs' confidential business information and trade secrets obtained through Mr. Raman to develop, market, and sell competing agentic AI products and services, thereby gaining an unfair advantage in the marketplace. ResultFlow's platform capabilities,



Practus LLP
11300 Tomahawk
Creek Pkwy, Ste. 310
Leawood, KS 66211
Ph. (240) 206-60627
Fax. (626)-466-9014

including a “single intelligence layer,” domain-aware agents, and dynamic personalization, mirror distinctive features of PHTN.ai that Mr. Raman accessed during his engagement with Plaintiffs.

75. ResultFlow competes in the market for enterprise AI solutions from its principal place of business in Washington while Plaintiff serve Fortune 100 and other major brands across state lines, meaning the conduct occurred in trade or commerce and impacts consumers and competitors in interstate markets with high switching costs.

76. Plaintiffs have suffered competitive injury, including loss of market share and reputational harm as a leading provider of business software, proximately caused by ResultFlow’s unfair methods of competition and use of Plaintiffs’ confidential information.

77. Plaintiffs seek injunctive relief prohibiting ResultFlow’s unfair competitive conduct, damages as allowed by law, restitution as appropriate, pre- and post-judgment interest, costs, and such other relief as the Court deems just and proper.

## VII. PRAYER FOR RELIEF

78. Plaintiffs seeks the following relief:

a. an injunction barring continued use of any of Plaintiffs’ non-public information

b. a public acknowledgment that ResultFlow was built on know-how and information taken from Plaintiffs;

c. an award of attorney’s fees;

d. actual damages in an award exceeding $75,000;

e. restitution;



Practus LLP
11300 Tomahawk
Creek Pkwy, Ste. 310
Leawood, KS 66211
Ph. (240) 206-60627
Fax. (626)-466-9014

f. an award of pre- and post-judgment interest;

g. an award of costs,

h. and such other relief as the Court deems just and proper.

Respectfully submitted,

August 27, 2026.

By

Tim J. Billick, WSBA No. 46690
Practus LLP
E-mail: tim.billick@practus.com
600 First Ave, Ste.102
Seattle, WA 98104
Ph. 206-844-6539
Attorneys for Photon



Practus LLP
11300 Tomahawk
Creek Pkwy, Ste. 310
Leawood, KS 66211
Ph. (240) 206-60627
Fax. (626)-466-9014